

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00162-CV

| | | |
|---|---|---|
| Claire Duke | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2015-002186-1) |
| v. | § | September 24, 2015 |
| American Homes 4 Rent Properties Eight, LLC, a Delaware Limited Liability Company | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
      Justice Sue Walker